UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENEE WILLIAMS,

                Plaintiff,

-against-

THE BROOKLYN DEFENDERS, ET AL.,

                Defendants.

25-CV-7648 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated September 17, 2025, the Court directed Plaintiff, within thirty days, to submit a completed prisoner authorization, or pay the $405.00 in fees required to file a civil action in this court. The Court noted that if Plaintiff was not a prisoner within the meaning of the applicable definition, 28 U.S.C. § 1915(h), she could instead submit a declaration so indicating. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed a prisoner authorization, paid the fees, or submitted a declaration about her status as a prisoner.[1] Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). Judgment shall enter.

Dated:   October 20, 2025
             New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                      Chief United States District Judge

---

[1] Plaintiff submitted additional documents (ECF 6-10), but these did not address the filing fees.